UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MR. GATOR J. MITCHELL | CIVIL ACTION |
| VERSUS | NUMBER: 17-9298 |
| R.C.C. WARDEN TANNER, <u>ET</u> <u>AL</u>. | SECTION: "J"(5) |

## <u>O R D E R</u>

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 4), and the objections by the Plaintiff, Gator J. Mitchell, (Rec. Doc. 5), which are hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and **ADOPTS** it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that Gator J. Mitchell's claims are **DENIED** and **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915€(2)(B)(i) and (ii).

New Orleans, Louisiana, this 17th day of September, 2018.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE